**No. 54705.**—Olavarria & Co., Inc. *v.* United States, protests 112450–K, etc. (Tampa).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of sugar sirups similar in all material respects to those the subject of *United States* v. *Olavarria & Co., Inc.* (37 C. C. P. A. 40, C. A. D. 417), the claim of the plaintiff was sustained.

**No. 54706.**—D. Hauser *v.* United States, protests 127544–K, 127545–K, and 127538–K (Tampa).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of sugar sirup the same in all material respects as that the subject of *United States* v. *Olavarria & Co., Inc.* (37 C. C. P. A. 40, C. A. D. 417) and that the total sugars contained in each of the involved entries are as set forth in the United States analyst's reports attached to said entries, the claim of the plaintiff was sustained.

**No. 54707.**—Paul Breguette Watch Co. *v.* United States, protests 131220–K, etc. (Baltimore).

Opinion by EKWALL, J. It was stipulated that the appraisement of the merchandise and the liquidation of the entries were made in the same manner, under facts and circumstances the same in all material respects, as the appraisement and liquidation in *The Gruen Watch Company* v. *United States* (24 Cust. Ct. 101, C. D. 1216). In accordance with stipulation and following the cited authority the claim of the plaintiff was sustained. It was further held that a legal liquidation should be had which would form the basis for a protest in which, should it so desire, the importer may litigate any questions presented by such action under section 514, Tariff Act of 1930.

**No. 54708.**—A. Schulman, Inc. *v.* United States, protest 116170–K (Detroit).

Opinion by EKWALL, J. The record failing to disclose anything that would warrant the court in disturbing the action of the collector, which was presumptively correct, the protest was dismissed.